# First District Court of Appeal
# State of Florida

———————————————

No. 1D2023-3066

———————————————

David Dayshun Thomas,

   Appellant,

v.

State of Florida,

   Appellee.

———————————————

On appeal from the Circuit Court for Jackson County.
Ana M. Garcia, Judge.

September 12, 2024

Per Curiam.

   Affirmed.

Osterhaus, C.J., and B.L. Thomas and Nordby, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

David Dayshun Thomas, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.